**Opinion issued September 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00982-CV

————————————

**LARRY STANLEY AND TERRI STANLEY, Appellants**

**V.**

**JOHN MCCLANAHAN, Appellee**

---

**On Appeal from the County Court**
**Colorado County, Texas**
**Trial Court Case No. 13-5,197**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 29, 2013, granting summary judgment in a forcible entry and detainer action, entitling appellee to possession of the real property and recovery of damages for past due rent and attorneys' fees. On July 24, 2014, appellee filed his brief and offered to voluntarily remit all

damages and fees because he had sold the real property in question, rendering this appeal moot. On August 20, 2014, the parties filed a joint motion for entry of judgment pursuant to compromise, requesting that we render judgment effectuating their agreement, and requesting to expedite the mandate's issuance. *See* TEX. R. APP. P. 42.1(a)(2)(A), 18.1(c). No opinion has issued.

Accordingly, we grant the motion, dismiss as moot appellants' appeal of the portion of the trial court's judgment that appellee is entitled to possession of the real property, reverse the portion of the judgment of the trial court's judgment that appellee is entitled to recovery of damages of $4,000.00 for past due rent and attorneys' fees of $3,600.00, and render judgment that appellee John McClanahan take nothing. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c), (f). We dismiss any other pending motions as moot. The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.